IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No. 3:12CR120 |
| STEPHEN E. KIRBY | ) | JUDGE THOMAS M. ROSE |
| | ) | |

## ORDER

Based on information provided by the United States Probation Office, the defendant may have supervised contact with his children. The term contact extends to all forms of communication such as email, telephone, text, letter, and any other form of electronic communication. Contact with his children will be supervised by another adult who is approved by the probation officer and aware of Mr. Kirby's offense.

So Ordered:

Dated this 13 day of March, 2018

_____
The Honorable Thomas M. Rose,
United States District Court Judge

CC: Peter R. Certo, Defense Counsel
Sheila G. Lafferty, United States Attorney's Office
Chris Owens, United States Probation Office